```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION


UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )
                                 )
         vs.                     )    No. 4:09CR51-DJS
                                 )
LAVAUGHN SCOTT,                  )
                                 )
               Defendant.        )
```

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #23] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motions to suppress physical evidence and statements [Docs. #10 and #16] are granted only as to the statement invoking defendant's right to remain silent, as described in Finding 4 of the report and recommendation, and are in all other respects denied.

Dated this ___23rd___ day of April, 2009.


                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE